CALOGERO, C.J.,
concurs in the denial. If relator wishes to dispute the DOC’s computation of his time, see La.C.Cr.P. art. 901(C)(2); State v. Marshall, 422 So.2d 1162, 1162-63 (La.1982); State ex rel. Brently v. Dees, 388 So.2d 386, 388-89 (La.1980); State v. Kendrick, 96-1636, p. 5-6 (La.App. 3d Cir.6/25/97), 699 So.2d 424, 428; State v. Cooper, 98-0863 (La. App. 5th Cir.3/16/94), 635 So.2d 301, 305; State v. Smith, 595 So.2d 813 (La.App. 2d Cir.1992), he must pursue administrative remedies with the DOC, R.S. 15:1171 et seq.; DOC Reg. B-05-001 et seq, and only then may seek judicial review only in the 19th JDC. R.S. 15:571.15; R.S. 15:1177.